## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Evan Maurer,                                          Case No.:  06-cv-1248 PAM/JSM

                          Plaintiff,

vs.                                                   **ORDER GRANTING EXTENSION**
                                                      **OF TIME TO SEEK ATTORNEY**
Sun Life Assurance Company of Canada,                 **FEES AND COSTS**

                          Defendant.

---

The above-captioned matter is before the Court on Defendant Sun Life Assurance Company of Canada's motion for an extension of time to seek attorney fees and costs.

**IT IS HEREBY ORDERED:**

1.      Defendant Sun Life Assurance Company of Canada's motion for extension of time to seek attorney fees and costs is GRANTED.

2.      Defendant Sun Life Assurance Company of Canada shall have until Friday, November 9, 2007 to file its motion seeking attorney fees and costs.


Dated: October 30, 2007                 s/ Paul A. Magnuson_____
                                        Honorable Paul A. Magnuson
                                        Judge of United States District Court